Town of Westchester, Respondent, v. James Henderson, Jr., Appellant.— Order affirmed, with costs and disbursements. Opinion by Pratt, J,; Dykman J., not sitting.

William A. Cross, Respondent, v. Lynde Belknap, Appellant.— Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Mary Boe, Appellant, v. John Berry, Respondent.— Judgment affirmed, with costs. Opinion by Barnard, P. J., Dykman, J., not sitting.

Franklin Bassford, Respondent, v. Herman Oelrichs, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Harriet S. Rumsey and others, Appellants, v. New

York and New England Railroad Company, Respondents.—Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The Davidson Steam Pump Company, Respondent, v. Village of Catskill, Appellant.— Order refusing to change place of trial affirmed, with costs and disbursements. Opinion by Dykman, J.

Anna W. Brown v. Austin Corbin, Receiver, etc.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

In the Matter of the Application of the Staten Island Railroad Company to Acquire Title to Land. — Order confirming award affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Frank J. Kimball and others v. Nancy A. Hall.— Order affirmed, with costs and disbursements.

## THIRD DEPARTMENT, MAY TERM, 1886.

Lewis Brownell and others, Appellants, v. National Bank of Gloversville and others, Respondents. — Order reversed and motion denied, no costs. Opinion by Learned, P. J.; Landon, J., not acting.

Ellen E. Lyon and another, Administrators, etc., Respondents, v. The Port Henry Iron Ore Company of Lake Champlain, Appellant.— Judgment and order affirmed, with costs. Opinion by Landon, J.

The People of the State of New York ex rel. Isaac M. Haswell v. The Board of Supervisors of Albany County. — Writ of certiorari quashed, with fifty dollars costs and disbursements. Opinion by Landon, J.

Mary Cullen, as Administratrix, etc., Appellant, v. President, etc., of The Delaware and Hudson Canal Company, Respondent. — Judgment reversed, new trial granted, costs to abide the event. Opinion by Learned, P. J.; Bockes, J., not sitting.

Charles N. Williams, Respondent, v. Levi J. Needham, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

Isaias Scherer, Respondent, v. Benajah Tyrrell and others, Appellants. — Order reversed, with ten dollars costs and printing disbursements, and motion to amend complaint denied, with ten dollars costs. Opinion by Learned, P. J.

Charles H. Eddy and others, Respondents, v. Alvin Davis, Appellant.— Judgment reversed, new trial granted, costs to abide event. Opinion by Learned P. J.; Bockes, J., dissents.

George B. Rossman, Respondent, v. The Knickerbocker Ice Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

John Staats, Respondent, v. Thomas Garrett. Appellant. — Judgment reversed, new trial granted; referee discharged, costs to abide event. Opinion by Landon, J.

David H. Flack and others, Appellants, v. Village of Green Island, Respondent.— Judgment affirmed, with costs. Opinion by Bockes, J.; Landon, J., dissents in opinion.

John Flynn and others, as Commissioners, etc., Respondents, v. Albert J. Hurd, as Commissioner, etc., Appellant.— Judgment affirmed, with costs. Opinion by Landon, J.

John Flynn and others, as Commissioners, etc., Respondents, v. Thomas F. Cornell, as Commissioner, etc., Appellant.— Judgment affirmed, with costs. Opinion by Landon, J.

Matthew Nial, Appellant, v. William H. Flandrau, Jr., Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Joseph Wilson, Respondent, v. George W. Dibble, Appellant.—Judgment of County Court and of justice reversed, with costs. Opinion by Bockes, J.

The Wiles Laundering Company (Limited), Respondent, v. Herman Hahlo and others, Appellants.—Judgment affirmed, with costs. Opinion by Parker, J.

John M. Helck, Administrator, etc., Appellant, v. Henry Reinheimer and others, Respondents.— As to the two defendants who defend, complaint dismissed, with costs to trial and judgment. As to the other defendants the usual decree of foreclosure, with costs as in case of default. No costs of appeal to any party. No decision as to the merits under the trust deed. Judgment to be settled by Learned, P. J. Opinion by Learned, P. J.

Lewis N. Ireland, Respondent, v. Cornelia T. Davenport, Appellant.— Judgment and order affirmed, with costs. Opinion by Bockes, J.

Abel A. Crosby and others, Respondents, v. The President, etc., of The Delaware and Hudson Canal Company, Appellant.— Judgment and order reversed, new trial granted, costs to abide the event. Opinion by Learned, P. J.; Landon, J, dissents in opinion.

The People of the State of New York ex rel. The Mayor, etc., of the City of New York, v. Dennis McCarthy and others, Respondents.— Writ of certiorari quashed, with fifty dollars costs and disbursements against relators. Opinion by Learned, P. J.

The People of the State of New York ex rel. Philip Hoffman, Respondent, v. Peter S. Osterhoudt and others, Appellants.— Order reversed, with fifty dollars costs and disbursements. Opinion by Bockes, J.

Alice Connery, as Administratrix , etc., Appellant, v. Michael Slavin, Respondent.—New trial granted, costs to abide the event. Opinion by Bockes, J.; Landon, J., dissents in opinion.

George King, Appellant, v. Edward J. Chapin and others, Respondents. — Judgment affirmed, with costs. Opinion by Landon, J. ; Learned, P. J., dissents in opinion.

George A. Streeter and another, Appellants, v. The Village of Johnstown, Respondent. — Judgment affirmed, with costs, on opinion of Special Term. Landon, J., not acting.

Thomas Cornell, Respondent, v. William Hayden, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J. ; Bockes, J., concurs in opinion of Special Term, supplemented by opinion of Landon J. ; Learned, P. J., dissents.